State Civil Service Commission, Appeal No. 28341

Affirmed

■

OSEGUERA, V.

v.

WCAB (F&P HOLDING CO.)

172 CD 2017

Commonwealth Court of Pennsylvania.

09/06/2017

Workers' Compensation Appeal Board, A16–0322

Affirmed

■

EASTON, A.

v.

UCBR

1994 CD 2016

Commonwealth Court of Pennsylvania.

09/08/2017

Unemployment Compensation Board of Review, B–593567

Affirmed

■

DOC

v.

WCAB (CLAPPER)

1997 CD 2016

Commonwealth Court of Pennsylvania.

09/08/2017

Workers' Compensation Appeal Board, A15–1386

Reversed